THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


03/06/2012

| | |
|---|---|
| IN RE: § | |
| § | |
| BOBBY BRANDON KINSEY § | CASE NO. 10-41253-R |
| XXX-XX-8458 § | |
| C/O DEBBIE REIS § | CHAPTER 13 |
| 605 LAREDO CIRCLE § | |
| ALLEN, TX  75013 § | |
| § | |
| DEBTOR § | |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE
## AND CLOSING CHAPTER 13 CASE

Upon the filing of the Chapter 13 Trustee's certification that the above-referenced Chapter 13 case has been fully administered and upon her request to be discharged of her duties as trustee for this particular estate, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Janna L. Countryman is hereby **DISCHARGED** of all duties as the duly-appointed Trustee of the Chapter 13 bankruptcy estate created in the above-referenced case.

**IT IS FURTHER ORDERED** that the above-referenced Chapter 13 case is hereby **CLOSED**.

Signed on 03/06/2012

*Brenda T. Rhoades*     SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

PLA_Order_DischargingTrustee